IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NORMA ROGERS, et. al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 19-cv-3346-RK |
| DOUGLAS GASTON, et. al., | ) |
| Defendants. | ) |

**EMERGENCY MOTION TO SEAL DOCUMENTS**

Plaintiffs request this Court take immediate action to seal several documents (ECF Nos. 138-1, 138-2, 138-3, 141-1, 141-2, 141-3, 141-4, 141-8, 143-2, 143-3, 143-4, 145-2, 145-3, 145-4, 145-5, 147-2, 147-3, 147-4, 147-5, 147-9, 149-2, 149-3, 149-4, and 149-5) that have been filed in violation of Local Rule 2.17 and Federal Rule of Civil Procedure 5.2 and direct Defendants to file properly redacted versions of those documents. In support, Plaintiffs state:

1. Federal Rule of Civil Procedure 5.2 and Local Rule 2.17 require that certain personal identifiers from all documents filed with the Court, including exhibits.

2. Relevant here, "[o]nly the initials of minor children" and "[o]nly the year of birth" may be listed. Local Rule 2.17(A)(2),(3).

3. Several documents (ECF Nos. 138-1, 138-2, 138-3, 141-1, 141-2, 141-3, 141-4, 141-8, 143-2, 143-3, 143-4, 145-2, 145-3, 145-4, 145-5, 147-2, 147-3, 147-4, 147-5, 147-9, 149-2, 149-3, 149-4, and 149-5) are replete with the names of certain minor children and two (ECF Nos. 141-8 and 147-9) include the full birthdate of the child of a defendant.

4. Undersigned counsel has brought this matter to the attention of opposing counsel by way of email and requested that they take whatever action is necessary to correct their

filings; however, Plaintiffs request this Court immediately seal the records and direct that Defendants file properly redacted records in the meantime so that the privacy interests that animate the Rules are not lost.

WHEREFORE Plaintiffs request this Court immediately seal ECF Nos. 138-1, 138-2, 138-3, 141-1, 141-2, 141-3, 141-4, 141-8, 143-2, 143-3, 143-4, 145-2, 145-3, 145-4, 145-5, 147-2, 147-3, 147-4, 147-5, 147-9, 149-2, 149-3, 149-4, and 149-5; order Defendants' to file properly redacted versions of the documents; and allow such other and further relief as is just and proper under the circumstances.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861MO
Omri E. Praiss, #41850 MO
Kayla M. DeLoach, #72424MO
Molly E. Carney, #70570MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org
kdeloach@aclu-mo.org
mcarney@aclu-mo.org

Gillian R. Wilcox, #61278MO
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on May 3, 2021.

/s/ Anthony E Rothert