# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | | |
|---|---|---|
| NORMA ROGERS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 6:19-cv-3346 RK |
| | ) | |
| DOUGLAS GASTON, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

## Consent Motion to Drop Robert Duncan as Defendant for Counts III and IV of Third Amended Complaint

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs request this Court enter an order dropping Robert Duncan as a defendant with respect to Counts III and IV of the third amended complaint. In support, they state:

1. On May 4, 2021, Plaintiffs filed their third amended complaint. ECF No. 154.

2. The third amended complaint names Duncan as a defendant for Counts I, II, III, IV, and V of the six-count pleading. *Id*.

3. Duncan has not filed an answer.

4. "On motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21.

5. Plaintiffs ask this Court to drop Duncan as a defendant for Counts III and IV and dismiss him from this case with respect to those counts only, such that Duncan will remain a defendant as to Counts I, II, and V.

6. Duncan's counsel has advised that Plaintiffs may indicate her consent to this request.

WHEREFORE Plaintiffs request this Court enter an order dropping Robert Duncan as a defendant with respect to Counts III and IV only of the third amended complaint.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Kayla DeLoach, #72424
Molly Carney, #70570
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
arothert@aclu-mo.org
jsteffan@aclu-mo.org
kdeloach@aclu-mo.org
mcarney@aclu-mo.org
*Tel.* (314) 652-3114
*Fax:* (314) 652-3112

Gillian R. Wilcox, # 61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org
*Tel.* (816) 470-9938
*Fax:* (314) 652-3112


*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this motion was served on opposing counsel by the electronic filing system on June 23, 2021.

/s/ Antony E. Rothert

Case 6:19-cv-03346-RK   Document 181   Filed 06/23/21   Page 3 of 3