**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| NORMA ROGERS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 6:19-cv-03346-RK |
| | ) | |
| DOUGLAS GASTON et al., | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Plaintiffs' Motion for Leave to File Exhibits Under Seal</u>**

Plaintiffs request leave to file three exhibits under seal. In support, they state:

1. Federal Rule of Civil Procedure 5.2 and Local Rule 2.17 require that certain personal identifiers be redacted from all documents filed with the Court, including exhibits.

2. Relevant here, "[o]nly the initials of minor children" may be listed. Local Rule 2.17(A)(2), (3).

3. Plaintiffs' Exhibits 3 (Deposition of Defendant Robert Duncan), Exhibit 4 (Court Audio Recording from June 20, 2017 Hearing), and Exhibit 11 (case tracking email for 17TE-PR00037) to their suggestions in opposition to Defendants' motions for summary judgment contain the name of a minor child.

4. Plaintiffs have filed a motion for leave to exceed page limitations for their suggestions in opposition to the various summary judgment motions and attached to that motion exhibits that include a redacted version of Exhibits 3 and 11.

5. Exhibit 4 is an audio recording, and Plaintiffs lack any knowledge whatsoever about how to redact the name of the minor child therefrom. Therefore, they are not filing a redacted version of Exhibit 4. The audio recording is being mailed to the court on a

somewhat old-school disc.

WHEREFORE Plaintiffs respectfully move the Court for an order that Plaintiffs' Exhibits 3, 4, and 11 be received and maintained by the Clerk under seal.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Omri E. Praiss, #41850
Kayla M. DeLoach, #72424
Molly Carney, #70570
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: (314) 652-3114
Fax: (314) 652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

Gillian R. Wilcox, #61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

Attorneys for Plaintiffs

**Certificate of Service**

I certify that on June 25, 2021, I filed the foregoing document using the CM/ECF system, and a copy was made available to all electronic filing participants.

/s/ Anthony E. Rothert