IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NORMA ROGERS, ARTHUR ROGERS, and WILLIAM HALE, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 6:19-cv-03346 |
| DOUGLAS GASTON, JOHN DOES 1-3, and JANE DOES 1-3, | ) ) ) ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Under Local Rule 83.2, Kayla M. DeLoach moves to withdraw as counsel for Plaintiffs as my employment by the American Civil Liberties Union of Missouri ends on September 14, 2021. All other counsel for Plaintiffs entered on this matter remain.

> Respectfully submitted,
> /s/ Kayla M. DeLoach
> Kayla M. DeLoach, #72424
> ACLU of Missouri Foundation
> 906 Olive St., Suite 1130
> St. Louis, MO 63101
> 314-652-3114
> kdeloach@aclu-mo.org
> *Attorney for Plaintiffs*

## CERTIFICATE OF NOTICE

I hereby certify that on September 14, 2021, the foregoing was filed electronically through the Court's electronic filing system to be served electronically on counsel for all parties.

> /s/ Kayla M. DeLoach
> Kayla M. DeLoach
> *Attorney for Plaintiffs*