IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| NORMA ROGERS, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 6:19-cv-3346 RK |
| ) | |
| DOUGLAS GASTON, ET AL., ) | |
| ) | |
| Defendants. ) | |

## Suggestion of Death

Pursuant to Federal Rule Civil Procedure 25(a)(1), counsel for Plaintiffs submit this suggestion of death upon the record to inform the Court that Plaintiff William Hale died on February 28, 2022. Mr. Hale's claims in the case are not extinguished. His attorneys request until April 22, 2022, to file a motion for substitution.

Respectfully submitted,

/s/ Anthony E. Rothert
Anthony E. Rothert, #44827
Jessie Steffan, #64861
Kayla DeLoach, #72424
Molly Carney, #70570
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
arothert@aclu-mo.org
jsteffan@aclu-mo.org
kdeloach@aclu-mo.org
mcarney@aclu-mo.org
*Tel.* (314) 652-3114
*Fax:* (314) 652-3112

Gillian R. Wilcox, # 61278
ACLU of Missouri Foundation
406 W. 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org

*Tel.* (816) 470-9938
*Fax:* (314) 652-3112

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion was served on opposing counsel by the electronic filing system on March 17, 2022.

/s/ Antony E. Rothert

3

Case 6:19-cv-03346-RK   Document 230   Filed 03/17/22   Page 3 of 3